UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZE NWANYI TRILLION,<br><br>            Plaintiff,<br><br>    v.<br><br>TABITHA ALLENE JONES,<br><br>            Defendants. | Case No.  2:22-cv-02282-DAD-JDP (PS)<br><br>**FINDINGS AND RECOMMENDATIONS**<br><br>THAT THE CASE BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO STATE A CLAIM, AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On November 21, 2023, I screened plaintiff's complaint and notified him that it failed state a claim. ECF No. 5. I granted him thirty days to file an amended complaint. Plaintiff failed to timely file an amended complaint. Accordingly, on January 9, 2024, I ordered him to show cause within fourteen days why this action should not be dismissed for failure to prosecute and failure to state a claim. ECF No. 6. I notified him that if he wished to continue with this lawsuit, he must file an amended complaint. I also warned plaintiff that failure to comply with the January 9 order would result in a recommendation that this action be dismissed. *Id.*

The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's orders. Accordingly, it is hereby RECOMMENDED that:

1

1. This action be dismissed without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the November 21, 2023 and January 9, 2024 orders.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   February 22, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE